**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01970-REB-MJW

DIANA TAMPUBOLON,

      Plaintiff,

v.

CONVERGENT OUTSOURCING, INC., a Washington corporation,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal with Prejudice** [#13][1] filed October 9, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved, and that this action should be dismissed with prejudice with each party to pay their own attorney fees.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulation of Dismissal with Prejudice** [#13] filed October 9, 2013, is **APPROVED**; and

      2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated October 9, 2013, at Denver, Colorado.

                                BY THE COURT:

                                Robert E. Blackburn
                                United States District Judge

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.