**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01970-REB-MJW

DIANA TAMPUBOLON,

       Plaintiff,

v.

CONVERGENT OUTSOURCING, INC., a Washington corporation,

       Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal with Prejudice** [#13][1] filed October 9, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved, and that this action should be dismissed with prejudice with each party to pay their own attorney fees.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice** [#13] filed October 9, 2013, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 9, 2013, at Denver, Colorado.

                                                     **BY THE COURT:**

                                                     */s/ Bob Blackburn*
                                                     Robert E. Blackburn
                                                     United States District Judge

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.